**\*\* E-filed December 7, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SISTERS OF NOTRE DAME DE NAMUR, a California Nonprofit Religious Corporation,<br><br>     Plaintiffs,<br>   v.<br><br>MRS. OWEN J. GARNETT-MURRAY, et al.,<br><br>     Defendants.<br>_____/ | No. C10-01807 HRL<br><br>**ORDER VACATING DEADLINES AND DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

As the Court stated at the December 7, 2010 Further Case Management Conference, all deadlines and dates previous set in this case are VACATED. Another Further Case Management Conference is set for **February 8, 2011 at 1:30 p.m.** in Courtroom 2, Fifth Floor, San Jose, to set discovery, dispositive motions, pre-trial, and trial dates in this case. A further joint case management statement shall be due by **February 1, 2011**.

**IT IS SO ORDERED.**

Dated: December 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01807 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Christopher D. Jensen | cdj@bcltlaw.com, fmc@bcltlaw.com |
| Douglas A. Berry | DABLAW22@aol.com, amenusa@aol.com |
| Nicole Marie Martin | nmm@bcltlaw.com |
| Noel Edlin | nedlin@behblaw.com, cgill@behblaw.com, cpantel@behblaw.com, jkeefe@behblaw.com, lbiksa@behblaw.com |
| R. Morgan Gilhuly | rmg@bcltlaw.com |
| Stephen W. Wilson | wswhome@aol.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2