Law Offices of
# Douglas A. Berry
2100 Garden Road, Suite B 10
Monterey, CA 93940

Telephone:
(831) 646-8122

Facsimile:
(831) 646-8124

July 9, 2012                    VIA E-MAIL AND HAND DELIVERY

Honorable Jacqueline Scott Corley
Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
Fifteenth Floor, Courtroom F
San Francisco, CA 94102

Re: <u>Sisters of Notre Dame De Naumr v. Murray, et al. Case No. C10-1807 HRL/Settlement Conference.</u>

Dear Judge Corley;

    I represent Garnet L. Murray, one of the defendants in the above identified matter.

    Mrs. Murray is 90 years old and suffers from debilitating migraine headaches and many other ailments. These headaches are often brought on and/or exacerbated by stress. Mrs. Murray is concerned that traveling to San Francisco and participating in the settlement conference will be harmful to her and therefore wishes not to appear.

    Jay Murray is Mrs. Murray's son, he will be present at the Settlement Conference on behalf of Fremont Corners, Inc., and has full authority to act for the corporation and for his mother. I will also have full authority to act for Mrs. Murray.

    I have notified all counsel of the request and all counsel, with the exception of Mr. Clarke, have consented.

    I am hopeful the court will understand and excuse Mrs. Murray from attending the Settlement Conference.

Sincerely,

Douglas A. Berry
DAB: ag
Copy: client
All Counsel            Dated: 7/11/12



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
United States District Court
Northern District of California