**\*\* E-filed July 17, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SISTERS OF NOTRE DAME DE NAMUR CALIFORNIA PROVINCE,<br>        Plaintiff,<br>  v.<br>MRS. OWEN J. GARNET-MURRAY; ET AL.,<br>        Defendants.<br>_____/ | No. C10-01807 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court is informed that the parties have reached a settlement. Accordingly, all pending deadlines, including the pretrial conference and trial dates, have been vacated.

All parties shall appear on **September 18, 2012 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 11, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. However, if a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-01807 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| W. Stephen Wilson | SWilson@weinbraub.com |
| Christopher Jensen | cdj@bcltlaw.com |
| Nicole Martin | nmm@bcltlaw.com |
| R. Morgan Gilhuly | rmg@bcltlaw.com |
| Douglas Barry | DABLAW22@aol.com |
| Thomas Clarke, Jr. | tclarke@ropers.com |
| Timothy Dolan | tdolan@rmkb.com |
| Kwi Yee | kwioui@yahoo.com |
| Eleanor Knight | eleanor.knight@wilsonelser.com |
| Ralph Robinson | Ralph.Robinson@wilsonelser.com |
| Randall Lee | randy@wfbm.com |
| Noel Edlin | nedlin@behblaw.com |
| Geoffrey Steele | gsteele@sgsrlaw.com |
| Kwi Lee | kwioui@yahoo.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**